Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR95-5851RJB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE AND TO QUASH WARRANT |
| JESUS VERDUZCO VALENCIA, | ) | |
| Defendant. | ) | |

Based on the Motion brought by the government, it is hereby

ORDERED

The Indictment against JESUS VERDUZCO VALENCIA is hereby dismissed without prejudice and the warrant herein is hereby QUASHED.

DATED this 2 day of May , 2013.

ROBERT J. BRYAN
United States District Judge

Presented by:

s/Bruce F. Miyake
BRUCE F. MIYAKE
Assistant United States Attorney

ORDER FOR DISMISSAL - 1
CR95-5851RJB

UNITED STATES ATTORNEY'S OFFICE
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970